# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134208 & (23) (24)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

HENRY CHARLES DAVIS,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134208
COA: 275419
Wayne CC: 03-001583-01,
   03-001582-01, 03-002568-01,
   03-002554-01

On order of the Court, the application for leave to appeal the May 4, 2007 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal and the motions for miscellaneous relief remain pending.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

s0830